UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case: 5:23-cr-20245
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/20/2023
Description: INDI USA V. SEALED (KB)

Violations: 18 U.S.C. § 922(a)(6)

OMAR SHORTER JR.,

Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1-12
18 U.S.C. § 922(a)(6)
*False Statement During Purchase of a Firearm*

On or about the following dates, in the Eastern District of Michigan, Southern Division, Omar Shorter Jr., in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to licensed dealers of firearms, which statements were intended to deceive and were likely to deceive the dealers, as to a fact material to the lawfulness of such sales of said firearms to the defendant under chapter 44 of Title 18, in that the defendant did falsely execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms,

1

and Explosives Form 4473, Firearms Transactions Records, in which he claimed to be the actual purchaser of said firearms listed below, when in fact another individual was the actual transferee/buyer of the firearms:

| Count | Date of False Statement | Licensed Dealer of Firearms | Firearm(s) Purchased |
|---|---|---|---|
| 1 | 10/24/2020 | Fast Lane Outdoor Supply (Fast Lane) | Anderson Manufacturing, AM-15, 5.56x45mm, serial #20259903<br><br>Anderson Manufacturing, AM-15, 5.56x45mm, serial #20237328 |
| 2 | 5/7/2021 | Fast Lane | Karri's Guns (Podunk, Inc.), 5.56x45mm, serial #A02171<br><br>Karri's Guns (Podunk, Inc.), 5.56x45mm, serial #A02172 |
| 3 | 5/15/2021 | Fast Lane | Anderson Manufacturing, AM-15, 5.56x45mm, serial # 21085863<br><br>Anderson Manufacturing, AM-15, 5.56x45mm, serial #21085864 |
| 4 | 5/17/2021 | Fast Lane | Karri's Guns (Podunk, Inc.) – Auto Ordnance, .223 caliber, serial #A002170 |
| 5 | 5/17/2021 | Target Sports | Glock, Model 29, 10mm, serial #BTHW713<br><br>Glock, Model 19, 9mm, serial #BTDD403 |

| 6 | 5/22/2021 | Target Sports | Glock, Model 23, .40 caliber, serial #BTSN979 |
|---|---|---|---|
| 7 | 5/23/2021 | Target Sports | Glock, Model 30, .45 caliber, serial #BTSV395 |
| 8 | 6/13/2021 | Fast Lane | SOTA Arms Inc., 5.56x45mm, serial #PA14799<br><br>SOTA Arms Inc., 5.56x45mm, serial #PA14800<br><br>SOTA Arms Inc., 5.56x45mm, serial #PA14795<br><br>SOTA Arms Inc., 5.56x45mm, serial #PA4798 |
| 9 | 7/7/2021 | Action Impact | Glock, model 43, 9mm pistol, serial #AFVH382 |
| 10 | 8/1/2021 | Sportsman's Warehouse | Glock, model 23, .40 caliber pistol, serial #WPP092 |
| 11 | 12/5/2022 | Action Impact | Taurus, model G3C, 9mm, serial #ADB009420 |
| 12 | 12/9/2022 | Action Impact | Taurus, model G3C, 9mm, serial #ADB915787 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

3

## FORFEITURE ALLEGATIONS
U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

1. Upon conviction of the offense charged in Counts 1-11 of this Indictment, Defendant Omar Shorter Jr. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to:

   a. Anderson Manufacturing, AM-15, 5.56x45mm, serial #20259903

   b. Anderson Manufacturing, AM-15, 5.56x45mm, serial #20237328

   c. Karri's Guns (Podunk, Inc.), 5.56x45mm, serial #A02171

   d. Karri's Guns (Podunk, Inc.), 5.56x45mm, serial #A02172

   e. Anderson Manufacturing, AM-15, 5.56x45mm, serial # 21085863

   f. Anderson Manufacturing, AM-15, 5.56x45mm, serial #21085864

   g. Karri's Guns (Podunk, Inc.) – Auto Ordnance, .223 caliber, serial #A02170

   h. Glock, Model 29, 10mm, serial #BTHW713

   i. Glock, Model 19, 9mm, serial #BTDD403

4

j.  Glock, Model 23, .40 caliber, serial #BTSN979

k.  Glock, Model 30, .45 caliber, serial #BTSV395

l.  SOTA Arms Inc., 5.56x45mm, serial #PA14799

m. SOTA Arms Inc., 5.56x45mm, serial #PA14800

n.  SOTA Arms Inc., 5.56x45mm, serial #PA14795

o.  SOTA Arms Inc., 5.56x45mm, serial #PA4798

p.  Glock, model 43, 9mm pistol, serial #AFVH382

q.  Glock, model 23, .40 caliber pistol, serial #WPP092

r.  Taurus, model G3C, 9mm, serial #ADB915787

s.  Taurus, model G3C, 9mm, serial #ADB009420

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Jasmine Ayana Moore*
JASMINE AYANA MOORE
Assistant United States Attorney

Dated: April 20, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case: 5:23-cr-20245<br>Assigned To : Levy, Judith E.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 4/20/2023<br>Description: INDI USA V. SEALED (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _JAM_ |

**Case Title:** USA v. Omar Shorter, Jr.

**County where offense occurred :** Wayne County and elsewhere

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ____]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 20, 2023
Date

_/s/ Jasmine Ayana Moore_
Jasmine Ayana Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9759
Fax: 313-226-2311
E-Mail address: Jasmine.Moore@usdoj.gov
Attorney Bar #: P82181

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.