## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

                     Plaintiff,        Case No. 23-20245

v.                             Judith E. Levy
                                    United States District Judge

Omar Shorter, Jr.,

                     Defendant.

_____/

## ORDER REGARDING MOTION FOR LEAVE TO FILE EXHIBIT USING MEDIA FILE UPLOAD [76]

Before the Court is the government's motion for leave to file an exhibit using the Media File Upload. (ECF No. 76.) Pursuant to R19(c) of the Eastern District of Michigan's Electronic Filing Policies and Procedures, motions for leave to file exhibits using the Media File Upload must include the following:

1.    A statement regarding concurrence pursuant to L.R. 7.1(a);

2.    A description of the content of the media file;

3.     A concise explanation of how the media file provides factual support to the motion, response, reply or memorandum;

4.     Whether the media file has been or will be used in a court proceeding; and

5.     Whether the content of the media file complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law (see R21).

The government's motion does not meet all of these requirements.

The government is instructed to provide all required information in a statement filed on the docket by **July 2, 2025**. If the government fails to comply with this order, the motion will be denied.

IT IS SO ORDERED.

Dated: June 25, 2025                    s/Judith E. Levy
         Ann Arbor, Michigan            JUDITH E. LEVY
                                        United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 25, 2025.

                              s/Sara Krause
                              SARA KRAUSE
                              Case Manager